# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 19, 2014

, the cause upon appeal to revise or reverse your judgment between

Albert Ralph Velasquez, Associated Transportation Services, LLC, and P5 Management Group, Appellant

V.

Lisa Ramirez, Appellee

No. 04-13-00319-CV and Tr. Ct. No. 2010-CI-00229

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, we AFFIRM the judgment in the amount of $198,986.50 in favor of Albert Ralph Velasquez and against Lisa Ramirez. We reverse the judgment against Albert Ralph Velasquez and REMAND the cause to the trial court for a new trial on Lisa Ramirez's fraud and civil conspiracy claims.**

**We ORDER that Albert Ralph Velasquez, Associated Transportation Services, LLC, and P5 Management Group recover their costs of this appeal from Lisa Ramirez.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 28, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00319-CV

**Albert Ralph Velasquez, Associated Transportation Services, LLC, and P5 Management Group**

v.

**Lisa Ramirez**

(NO. 2010-CI-00229 IN 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | CHARLES SIERRA |
| MOTION FEE | $15.00 | E-PAID | CHARLES SIERRA |
| MOTION FEE | $10.00 | E-PAID | CARLOTA  SIERRA |
| MOTION FEE | $10.00 | E-PAID | REGINA CRISWELL |
| MOTION FEE | $10.00 | E-PAID | REGINA CRISWELL |
| MOTION FEE | $10.00 | PAID | CHARLES SIERRA |
| MOTION FEE | $10.00 | PAID | CHARLES SIERRA |
| MOTION FEE | $10.00 | PAID | REGINA CRISWELL |
| REPORTER'S RECORD | $0.00 | UNKNOWN | ANGELITA  JIMENEZ |
| REPORTER'S RECORD | $2,391.50 | PAID | CRAIG  CARTER |
| CLERK'S RECORD | $826.00 | PAID | LAURA  PENA |
| SUPREME COURT CHAPTER 51 | | | REGINA BACON CRISWELL |
| FEE | $50.00 | PAID | REGINA BACON CRISWELL |
| INDIGENCY FILING FEE | $25.00 | PAID | REGINA BACON CRISWELL |
| FILING | $100.00 | PAID | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 28, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853